# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2338 Disciplinary Docket No. 3 |
| | : |
| CHERI S. WILLIAMS ROBINSON | : File Reference No. C2-16-1016 |
| | : |
| | : (Supreme Court of New Jersey, D-143 |
| | : September Term 2015) |
| | : |
| | : Attorney Registration No. 88507 |
| | : |
| | : (Montgomery County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of February, 2017, having failed to reply to this Court's directive of January 3, 2017, to provide reasons against the imposition of reciprocal discipline, Cheri S. Williams Robinson, Esquire, is suspended from the practice of law in this Commonwealth for three months. She is directed to comply with all the provisions of Pa.R.D.E. 217.